**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 93-2459
Summary Calendar
_____

CLYDE URA CAIN, SR.,

Plaintiff-Appellant,

VERSUS

HEARST CORPORATION,
d/b/a The Houston Chronicle,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(CA-H-93-614)
_____

(August 31, 1994)

Before GARWOOD, SMITH, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

We certified to the Supreme Court the question of whether Texas recognizes the false light doctrine. That court answered in the negative. See Cain v. Hearst Corp., No. D-4171, 1994 Tex. LEXIS 122 (Tex. June 22, 1994).

---

[*] Local Rule 47.5.1 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that rule, the court has determined that this opinion should not be published.

The only cause of action the instant plaintiff advances is not recognized in Texas. The judgment, accordingly, is AFFIRMED.